UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| OTIS HALL | CIVIL ACTION NO. 18-1101 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| JUDGE CREIGLER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Otis Hall's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

MONROE, LOUISIANA, this 22nd day of October, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE